# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 288TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 23, 2014, the cause upon appeal to revise or reverse your judgment between

Dora Gulley, Appellant

V.

State Farm Lloyds, Appellee

No. 04-13-00892-CV and Tr. Ct. No. 2008-CI-03371

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee State Farm Lloyds recover its costs of appeal from appellant Dora Gulley.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 24, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00892-CV

**Dora Gulley**

**v.**

**State Farm Lloyds**

(NO. 2008-CI-03371 IN 288TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | DARBY RILEY |
| MOTION FEE | $10.00 | E-PAID | DARBY RILEY |
| MOTION FEE | $10.00 | E-PAID | DARBY RILEY |
| MOTION FEE | $10.00 | E-PAID | DARBY RILEY |
| MOTION FEE | $10.00 | E-PAID | ELLIOT CLARK |
| REPORTER'S RECORD | $50.00 | PAID | DEFENDANTS |
| MOTION FEE | $10.00 | E-PAID | DARBY RILEY |
| MOTION FEE | $10.00 | E-PAID | DARBY RILEY |
| REPORTER'S RECORD | $3,200.00 | PAID | CHARLES DARBY RILEY |
| CLERK'S RECORD | $108.00 | PAID | |
| SUPPLEMENTAL REPORTER'S RECORD | $640.00 | PAID | PLAINTIFF |
| CLERK'S RECORD | $56.00 | PAID | |
| REPORTER'S RECORD | $518.50 | PAID | LAW OFFICE OF DARBY RILEY |
| REPORTER'S RECORD | $835.00 | PAID | DABRY RILEY |
| INDIGENT | $25.00 | PAID | DARBY RILEY |
| STATEWIDE EFILING FEE | $20.00 | PAID | DARBY RILEY |
| FILING | $100.00 | PAID | DARBY RILEY |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | DARBY RILEY |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 24, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853